# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Court

Petty ☐   Misdemeanor ☐   Felony ☒   USAO No.: _____   Case No.: **CR 21-076 C**

Charging Document: **Indictment**   No. of Defendants: **18**   Total No. of Counts: **196**   Sealed: Y ☐

Forfeiture: Y ☒ N ☐   OCDETF: Y ☒ N ☐   McGirt: Y ☐ N ☒   Warrant ☒   Summons ☐   Notice ☐   N ☒

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: jlr

| | |
|---|---|
| Name: MICHAEL NELSON | APR 0 7 2021 |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX-XX-1984   SSN: XXX-XX-0582 | Race: White   Interpreter: Y ☐ N ☒ |
| Sex: M ☒ F ☐   Juvenile: Y ☐ N ☒ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☒ Not in Custody   ☒ Detention Requested   Complaint: Y ☐ N ☒
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☒

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: David McCrary
☐ CJA Panel   Address: _____   Agent/Agency: FBI
☐ Retained   Phone: _____   Local Officer/Agency: _____

RECEIVED APR 08 2021 Clerk, U.S. District Court WEST. DIST. OF OKLA.

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years imprisonment; $10,000,000 Fine; or Both; NLT 5 years S/R; $100 S/A |
| 57 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Possession of Methamphetamine with Intent to Distribute<br>Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 58 | 18 U.S.C. § 924(c)(1)(A) | Possession of Firearms in Furtherance of a Drug-Trafficking Crime | 18 U.S.C. § 924(c)(1)(A)(i) - NLT 5 years imprisonment, to be run consecutive to any other period of imprisonment imposed; $250,000 fine, or both; NMT 5 years S/R; $100 S/A |
| 59 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms | 18 U.S.C. § 924(a)(2) - NMT 10 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

Signature of AUSA: _/s/ David McCrary_   Date: 04/07/2021

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **MICHAEL NELSON**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 60 | 21 U.S.C. § 856(a)(1) | Maintaining a Drug-Involved Premises | NMT 20 years; $500,000 fine, or both; NMT 3 years S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) <br> 21 U.S.C. § 853 <br> 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: _[signature]_    Date: 04/07/2021